THE STATE OF OHIO, APPELLEE, *v.* TOWNSEND, APPELLANT.

[Cite as *State v. Townsend,* 100 Ohio St.3d 246, 2003-Ohio-5758.]

(No. 2003–1241—Submitted September 23, 2003—Decided November 12, 2003.)

---

{¶ 1} The discretionary appeal is allowed.

{¶ 2} The judgment of the court of appeals is reversed, and the cause is remanded to the trial court to apply *State v. Comer,* 99 Ohio St.3d 463, 2003-Ohio-4165, 793 N.E.2d 473.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, O'CONNOR and O'DONNELL, JJ., concur.

LUNDBERG STRATTON, J., dissents.

---

LUNDBERG STRATTON, J., dissenting.

{¶ 3} For the reasons expressed in Judge Grady's dissent in *State v. Comer*, 99 Ohio St.3d 463, 2003-Ohio-4165, 793 N.E.2d 473, ¶ 28–39, I respectfully dissent.

Peter J. Wagner and Andy P. Hart, for appellant.